﻿Citation Nr: AXXXXXXXX
Decision Date: 06/27/19 Archive Date: 06/26/19

DOCKET NO. 190306-5480
DATE: June 27, 2019

REMAND

Service connection for a chronic urinary tract infection (UTI), characterized as residuals of prostatitis, is remanded. 

REASONS FOR REMAND 

The Veteran served on active duty from October 1952 to October 1956.

The Board notes that the rating decision on appeal was issued in March 2018. In February 2019, the Veteran elected the modernized review system. 84 Fed. Reg. 138, 177 (Jan. 18, 2019) (to be codified at 38 C.F.R. § 19.2(d)).

The Veteran generally alleges that his chronic UTI is due to his active service, to include as residuals of prostatitis. 

The Board observes that the Veteran had a VA examination in February 2018. The examiner noted the Veteran’s chronic UTI was less likely than not incurred in or caused by the claimed in-service injury, event, or illness. As rationale, the examiner stated that the “condition was acute only” and noted that prostatitis was diagnosed and treated in 2013. The examiner did not address the Veteran’s contention that he experienced chronic UTIs since service and did not reference earlier medical records reflecting such diagnosis at least as early as 1984. As such, the Board finds that the February 2018 VA examination is inadequate, and an additional opinion is necessary. See Nieves-Rodriguez v. Peake, 22 Vet. App. 295 (2008).

The matter is hereby REMANDED for the following action:

Obtain an addendum opinion from an appropriate clinician regarding whether the Veteran’s chronic UTIs were at least as likely as not related to an in-service injury, event, or disease, and/or had its onset during service.

 

JEBBY RASPUTNIS

Acting Veterans Law Judge

Board of Veterans’ Appeals

ATTORNEY FOR THE BOARD I. McGee, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.